BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2007 NOV -7  P 12: 18

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARCELO DELMAS, Defendant. | Case: 2:07cr00801<br>Assigned To : Stewart, Ted<br>Assign. Date : 11/7/2007<br>Description: USA v<br><br>INDICTMENT<br><br>VIO: 18 U.S.C. § 2422(b),<br>Coercion and Enticement For Illegal Sexual Activity |

The Grand Jury charges:

### COUNT I
### (18 U.S.C. § 2422(b))

On or about November 1 and November 2, 2007, in the Central Division of

the District of Utah,

MARCELO DELMAS,

the defendant herein, did knowingly and intentionally, by means of a facility of interstate

commerce, persuade, induce, entice, and coerce an individual who had not attained the

1

age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney