AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

FILED
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**Marcelo Delmas**

2007 NOV -8 P 12:5[?]

**WARRANT FOR ARREST**

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

CASE NUMBER: 2:07-cr-801-TS-01

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **MARCELO DELMAS**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**Coercion and Enticement for Illegal Sexual Activity**

RECEIVED UNITED STATES MARSHAL
'07 NOV -8 A8:32
DIST OF UTAH

in violation of __18:2422(b)__ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

November 7, 2007 at Salt Lake City, Utah
Date and Location

By: Aaron Paskins
Deputy Clerk

Bail fixed _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 11/8/07 | NAME AND TITLE OF ARRESTING OFFICER Stephenson, J DUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 11/8/07 | | |